**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES LEE PINKERTON, | No. 08-56975 |
| Petitioner - Appellant, | D.C. No. 2:07-cv-07873-MLR |
| v. | |
| J. K. WOODRING, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted December 14, 2010[**]

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Federal prisoner James Lee Pinkerton appeals pro se from the district court's

judgment denying his 28 U.S.C. § 2241 habeas petition. We have jurisdiction

under 28 U.S.C. § 2253, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pinkerton alleges over a dozen constitutional violations related to the 2004-2007 parole proceedings and the United States Parole Commission's decisions denying parole. We reject Pinkerton's claims for the reasons stated by the district court.

Pinkerton also contends that, under 28 C.F.R. § 2.53 and 18 U.S.C. § 4206(d), he should be paroled from his life sentence effective January 11, 2007. Pinkerton has failed to show that he is entitled to relief on this claim.

**AFFIRMED.**